IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BREANA DAUGHERTY,

    Plaintiff,

v.

SOLAR CITY CORP,

    Defendant.

No. C 16-05155 WHA

**ORDER SEEKING RESPONSE**

    Defendant moved to dismiss for lack of jurisdiction (Dkt. No. 16). While the motion remained pending, plaintiff filed an amended complaint (Dkt. No. 20). By **DECEMBER 6 AT NOON**, defendant shall please state whether the pending motion to dismiss should be dismissed as moot without prejudice to a renewed motion directed at the amended pleading. If defendant wishes to proceed with the motion as if directed at the amended pleading, a new briefing schedule will be set.

    **IT IS SO ORDERED.**

Dated: December 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE