United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA DAUGHERTY, on behalf of herself and all others similarly situated, and the general public<br><br>Plaintiff,<br><br>v.<br><br>SOLARCITY CORPORATION, a Delaware corporation, and DOES 1–50, inclusive,<br><br>Defendant. | No. C 16-05155 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions to dismiss and to compel arbitration.

Dated:  January 18, 2017.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE