**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BREANA DAUGHERTY, on behalf of
herself and all others similarly situated, and
the general public

    Plaintiff,

  v.

SOLARCITY CORPORATION, a Delaware
corporation, and DOES 1–50, inclusive,

    Defendant.

No. C 16-05155 WHA

**ORDER RE DEFENDANT'S STATEMENT OF NON-OPPOSITION**

    An order granted in part SolarCity's motion to dismiss the first amended complaint. Rather than granting Daugherty leave to amend outright, the order required her to affirmatively seek leave to amend with a formal motion "demonstrat[ing] how the proposed second amended complaint correct[ed] the deficiencies identified" therein (Dkt. No. 45 at 15). The order further clarified that SolarCity "should raise any Rule 12 arguments in response to Daugherty's motion seeking leave to amend" (*ibid.*).

    Daugherty timely sought leave to amend (Dkt. No. 46). SolarCity filed a statement of non-opposition, but it purported to "retain[] the right to challenge Plaintiff's Second Amended Complaint in a responsive pleading" (Dkt. No. 47). The procedure established in the prior order plainly directed SolarCity to raise any challenges to the complaint in response to the motion seeking leave to amend, which motion already teed up those issues. SolarCity's apparent intent

to file a Rule 12 motion later on would cause unnecessary delay and render the exercise of Daugherty's motion seeking leave to amend wasteful.

The Court will not entertain yet another Rule 12 motion.

By **NOON ON MARCH 2**, SolarCity shall either oppose the pending motion, raising any and all issues it would otherwise raise in a Rule 12 motion, or it shall restate its non-opposition *without* reserving the right to file a new Rule 12 motion. If SolarCity opposes the motion, Daugherty's reply shall be due by **NOON ON MARCH 9**.

Dated:   February 23, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE