IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BREANA DAUGHERTY,

    Plaintiff,

v.

SOLARCITY CORP,

    Defendant.

No. C 16-05155 WHA

**ORDER GRANTING LEAVE TO AMEND**

    Plaintiff timely sought leave to amend her complaint following the prior order dismissing certain claims (Dkt. No. 46). Defendant does not oppose plaintiff's motion (Dkt. No. 48). Good cause shown, the motion for leave to amend is **GRANTED**. Daugherty shall promptly file her amended complaint. As stated, the Court will not entertain any further Rule 12 motions.

**IT IS SO ORDERED.**

Dated: March 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE