1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BREANA DAUGHERTY, on behalf of
herself, all others similarly situated, and the
general public,

        Plaintiff,

  v.

SOLARCITY CORPORATION, a Delaware
corporation, and DOES 1–50, inclusive,

        Defendant.

                  /

No. C 16-05155 WHA

**ORDER RE SCHEDULE
FOR CLASS CERTIFICATION**

      In light of the pending appeal of the order denying defendant's motion to compel

arbitration and the related limits on class-wide discovery, the deadline to file a motion for class

certification is hereby **VACATED**. All other scheduled dates remain in place. A further case

management conference is hereby **SET** for **JUNE 22 AT 11:00 A.M.** for the purpose of setting a

schedule for the class certification motion. The parties shall please file a joint case management

statement **SEVEN CALENDAR DAYS** in advance of the hearing.


     **IT IS SO ORDERED.**


Dated:   April 13, 2017.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE