| | |
|---|---|
| 1 | SHAUN SETAREH (STATE BAR NO. 204514) |
| | shaun@setarehlaw.com |
| 2 | H. SCOTT LEVIANT (STATE BAR NO. 200834) |
| | scott@setarehlaw.com |
| 3 | THOMAS SEGAL (STATE BAR NO. 222791) |
| | thomas@setarehlaw.com |
| 4 | SETAREH LAW GROUP |
| | 9454 Wilshire Boulevard, Ste. 907 |
| 5 | Beverly Hills, California 90212 |
| | Tel: (310) 888-7771, Fax: (310) 888-0109 |

Attorneys for Plaintiff
Breana Daugherty

ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
alivingston@orrick.com
ZACHARY SCOTT (STATE BAR NO. 281647)
zscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1 415 773 5700
Facsimile:  +1 415 773 5759

Attorneys for Defendant
SolarCity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA DAUGHERTY, on behalf of herself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>SOLARCITY CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No. 3:16-cv-05155-WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADVANCE THE JUNE 22, 2017 CASE MANAGEMENT TO JUNE 20, 2017** |

1       Plaintiff Breana Daugherty ("Plaintiff") and Defendant SolarCity Corporation ("Defendant" or "SolarCity"), through their undersigned counsel, hereby submit this joint stipulation to advance the June 22, 2017 case management conference to June 20, 2017, the same date the Court will be hearing a discovery dispute between the parties.

      WHEREAS, a case management is currently set to occur on June 22, 2017;

      WHEREAS, Plaintiff submitted a joint letter brief regarding discovery disputes on June 12, 2017;

      WHEREAS, on June 13, 2017 the Court set a hearing regarding discovery disputes on June 20, 2017;

      WHEREAS, lead trial counsel for SolarCity, Andrew Livingston, has a conflict with the case management conference as currently set on June 22, 2017. He is scheduled to lead an annual conference in Menlo Park on the same date and time as the case management conference;

      WHEREAS, Zachary Scott, also counsel for SolarCity, is unavailable as he is attending his sibling's graduation out of state;

      WHEREAS, advancing the case management conference date will avoid Plaintiff's counsel from having to travel twice from Los Angeles to San Francisco in a matter of days; and

      WHEREAS, advancing the case management conference date will be more efficient for the Court;

      THEREFORE, the parties request that the June 22, 2017 case management conference be advanced to June 20, 2017, the same date the Court will be hearing a discovery dispute between the parties.

      IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: June 16, 2017 | | SHAUN SETAREH<br>THOMAS SEGAL<br>Setareh Law Group |

By:*/s/ Shaun Setareh*
SHAUN SETAREH
Attorneys for Plaintiff
Breana Daugherty

Dated: June 16, 2017   ANDREW R. LIVINGSTON
ZACHARY B. SCOTT
Orrick, Herrington & Sutcliffe LLP

By:*/s/ Andrew R. Livingston*
ANDREW R. LIVINGSTON
ZACHARY B. SCOTT
Attorneys for Defendant
SolarCity Corporation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause being shown, the Court advances the June 22, 2017 case management conference to June 20, 2017.

**IT IS SO ORDERED**

Dated: June ~~19~~ 16, 2017

_____
The Honorable William Alsup
United States District Judge