1  SHAUN SETAREH (STATE BAR NO. 204514)
   shaun@setarehlaw.com
2  H. SCOTT LEVIANT (STATE BAR NO. 200834)
   scott@setarehlaw.com
3  THOMAS SEGAL (STATE BAR NO. 222791)
   thomas@setarehlaw.com
4  SETAREH LAW GROUP
   9454 Wilshire Boulevard, Ste. 907
5  Beverly Hills, California 90212
   Tel: (310) 888-7771, Fax: (310) 888-0109
6
   Attorneys for Plaintiff
7  Breana Daugherty

8
   ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
9  alivingston@orrick.com
   ZACHARY SCOTT (STATE BAR NO. 281647)
10 zscott@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
11 The Orrick Building
   405 Howard Street
12 San Francisco, CA  94105-2669
   Telephone:    +1 415 773 5700
13 Facsimile:    +1 415 773 5759

14 Attorneys for Defendant
   SolarCity Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANA DAUGHERTY, on behalf of herself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>SOLARCITY CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No. 3:16-cv-05155-WHA<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE**<br>AS MODIFIED |

| | |
|---|---|
| 1 | Plaintiff Breana Daugherty ("Plaintiff") and Defendant SolarCity Corporation ("Defendant" or "SolarCity"), through their undersigned counsel, hereby submit this joint stipulation to stay the case pending the outcome of *Morris et al. v. Ernst & Young, LLP*, 834 F.3d 975, 980 (9th Cir. 2016) ("*Morris*"). |

Plaintiff Breana Daugherty ("Plaintiff") and Defendant SolarCity Corporation ("Defendant" or "SolarCity"), through their undersigned counsel, hereby submit this joint stipulation to stay the case pending the outcome of *Morris et al. v. Ernst & Young, LLP*, 834 F.3d 975, 980 (9th Cir. 2016) ("*Morris*").

WHEREAS, on January 13, 2017, the Supreme Court granted certiorari in *Morris*, Case No. 16-300;

WHEREAS, the parties requested a stay of the appeal pending before the United States Court of Appeals for the Ninth Circuit (*Daugherty v. SolarCity Corporation*, Case No. 17-15363), and the stay was granted on August 28, 2017;

WHEREAS, the Supreme Court heard oral argument in *Morris* on October 2, 2017;

WHEREAS, the parties believe that a stay pending a decision in *Morris* will be more efficient for this Court and the parties.

THEREFORE, the parties request that this Court stay the case pending the outcome of *Morris*.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER TO STAY CASE

| | | |
|---|---|---|
| Dated: November 1, 2017 | | SHAUN SETAREH<br>THOMAS SEGAL<br>Setareh Law Group |

By:*/s/ Shaun Setareh*
SHAUN SETAREH
Attorneys for Plaintiff
Breana Daugherty

Dated: November 1, 2017                ANDREW R. LIVINGSTON
ZACHARY B. SCOTT
Orrick, Herrington & Sutcliffe LLP

By:*/s/ Andrew R. Livingston*
ANDREW R. LIVINGSTON
ZACHARY B. SCOTT
Attorneys for Defendant
SolarCity Corporation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause being shown, the Court stays the case pending the outcome of *Morris et al. v. Ernst & Young, LLP*, 834 F.3d 975, 980 (9th Cir. 2016). The parties shall file a progress report an amended case management statement within fourteen days of the decision in Morris.

**IT IS SO ORDERED**

Dated: <u>November 3</u>, 2017

_____
The Honorable William Alsup
United States District Judge